ELIZABETH FAGER, *as Executrix, etc.*, v. FRANKLIN E.
BROOKE.

No. 13,979.    (81 Pac. 1132.)

Error from Douglas district court; CHARLES A.
SMART, judge.    Opinion filed June 10, 1905.    Reversed.

*W. B. Brownell*, and *J. W. Green*, for plaintiff in
error.
*George J. Barker*, for defendant in error.

*Per Curiam:* The plaintiff in error is the executrix of the
last will of David Fager, deceased.    Defendant in error pre-
sented to the probate court for allowance against the estate a
promissory note for $2000, payable to bearer and executed by
David Fager.    The court allowed the claim, from which order
the executrix appealed to the district court.    Her contentions in
that court were that for many years prior to his death, and
especially at the time the note was signed, David Fager was
mentally and physically so enfeebled as to be incompetent to
transact any kind of business; that he did not know he was
signing a note, and that his signature thereto was procured by
fraud; that the defendant in error bought the note through
Harry Brooke, his agent, with notice that it had been procured
by fraud.    After the executrix had introduced her evidence the

court directed the jury to return a verdict for the defendant in error. To reverse this judgment plaintiff in error prosecutes this proceeding.

It is the opinion of this court that there was substantial evidence introduced by the executrix tending to prove that the note was procured by fraud, and that the present holder had notice thereof when he became the purchaser; hence the court erred in not submitting these questions of fact to the jury.

The judgment is reversed, and the cause remanded.